UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| KERI WOMACK, individually, on behalf of all wrongful death beneficiaries, and as the heir and representative of the Estate of SAWYER LETCHER | § § § § § § | |
| Plaintiff | § § | |
| v. | § § | Civil Action No. 3:19-cv-000001 |
| UNIVERSITY OF TEXAS MEDICAL BRANCH and TEXAS DEPARTMENT OF CRIMINAL JUSTICE | § § § § § | |
| Defendants | § | |

**PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION TO TRANSFER VENUE**

# Exhibit 27

# Excerpts from Dr. Lannette Linthicum, M.D.'s Deposition

```
            IN THE UNITED STATES DISTRICT COURT
            FOR THE SOUTHERN DISTRICT OF TEXAS
                      HOUSTON DIVISION

STEPHEN McCOLLUM and SANDRA    )
McCOLLUM, individually, and    )
STEPHANIE KINGREY,             )
individually and independent   )
administrator of the Estate    )
of LARRY GENE McCOLLUM         )
           PLAINTIFFS          )    CIVIL ACTION NO.
                               )       4:14-cv-3253
v.                             )     JURY DEMAND
                               )
                               )
LANNETTE LINTHICUM, JEFF       )
PRINGLE, RICHARD CLARK,        )
KAREN TATE, SANDREA SANDERS,   )
ROBERT FASON, the UNIVERSITY   )
OF TEXAS MEDICAL BRANCH and    )
the TEXAS DEPARTMENT OF        )
CRIMINAL JUSTICE               )
           DEFENDANTS          )
_____)   _____
KEITH COLE, JACKIE BRANNUM,    )
RICHARD KING, DEAN ANTHONY     )
MOJICA, RAY WILSON, FRED       )
WALLACE, and MARVIN RAY        )
YATES, individually and on     )
behalf of those similarly      )
situated,                      )
                               )    CIVIL ACTION NO.
         Plaintiffs,           )       4:14-cv-1698
                               )
v.                             )
                               )
LANNETTE LINTHICUM, in his     )
official capacity, ROBERTO     )
HERRERA, in his official       )
capacity, and TEXAS            )
DEPARTMENT OF CRIMINAL         )
JUSTICE,                       )
         Defendants.           )
```

```
 1
 2
 3
 4
 5
       *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *
 6
                        REPORTER'S CERTIFICATION
 7                    DEPOSITION OF LANNETTE LINTHICUM
                             January 13, 2016
 8                               VOLUME 1
 9
10     *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *
11
12
13
14          ORAL AND VIDEOTAPED DEPOSITION OF LANNETTE
15   LINTHICUM, produced as a witness at the instance of the
16   Plaintiffs, and duly sworn, was taken in the above-styled and
17   numbered cause on the 13th day of January, 2016, from 9:18 a.m.
18   to 3:59 p.m., before Abigail Guerra, CSR, in and for the State
19   of Texas, reported by machine shorthand, before Honorable Keith
20   Ellison, at the United States District Courthouse, 515 Rusk,
21   Houston, Texas, pursuant to the Federal Rules of Civil
22   Procedure and the provisions stated on the record or attached
23   hereto.
24
25
```

Lannette Linthicum - 1/13/2016

```
 1              A P P E A R A N C E S
 2
    FOR THE PLAINTIFF:
 3      STEPHEN McCOLLUM and SANDRA McCOLLUM, individually, and
    STEPHANIE KINGREY, individually and independent administrator
 4  of the Estate of LARRY GENE McCOLLUM

 5  Mr. Jeff Edwards
    Mr. Scott Medlock
 6  EDWARDS LAW
    1101 East 11th Street
 7  Austin, Texas 78702
    Phone:  (512) 623-7727
 8
          - and -
 9
    Mr. Michael Singley
10  Mr. David James
    THE SINGLEY LAW FIRM, PLLC
11  4131 Spicewood Springs Road
    Suite O-3
12  Austin, Texas 78759
    Phone:  (512) 334-4302
13

14  FOR THE DEFENDANT:
        TEXAS DEPARTMENT OF CRIMINAL JUSTICE
15
    Ms. Cynthia L. Burton
16  Mr. Matthew Greer
    OFFICE OF ATTORNEY GENERAL
17  300 W. 15th Street
    7th Floor
18  Austin, Texas 78701
    Phone:  Phone:  (512) 463-2080
19
          - and -
20
    Ms. Sharon Felfe Howell
21  TEXAS DEPARTMENT OF CRIMINAL JUSTICE - GENERAL COUNSEL
    209 West 14th Street
22  Suite 500
    Austin, Texas 78711
23  Phone: (512) 463-9899

24

25
```

```
 1              A P P E A R A N C E S (cont'd)

 2

    FOR UTMB:
 3
    Ms. J. Lee Haney
 4  Ms. Shanna Molinare
    Office of Attorney General
 5  300 W. 15th Street
    7th Floor
 6  Austin, Texas 78701
    Phone:  (512) 463-2080
 7
         - and -
 8
    Mr. Graig J. Alvarez
 9  Ms. Kara Stauffer Philbin
    FERNELIUS ALVAREZ SIMON, PLLC
10  Lyondell Basell Tower
    1221 McKinney Street
11  Suite 3200
    Houston, Texas 77010
12  Phone:  (713) 654-1200

13  ALSO PRESENT:
         Mr. Kevin Schaeffer, Videographer
14       Ms. Jennifer Osteen
         Ms. Kamilla L. Stokes
15       Ms. Ashley Palermo
         Ms. Brian M. Sears
16       Mr. Daniel C. Neuhoff
         Ms. Heather Rhea
17       Ms. Lori K. Erwin
         Ms. Glenda Adams
18       Ms. Ariel Wiley
         Mr. Phillip Boyd
19       Mr. Derek Kammerlacher
         Dr. Owen Murray
20       Judge Keith P. Ellison
         Ms. Rebbeca Vogel
21

22

23

24

25
```

Lannette Linthicum - 1/13/2016

1          MS. BURTON: Your Honor, we have some
2  housekeeping issues that with we would like to make for the
3  record.
4          THE COURT: All right. Please go ahead.
5          MS. BURTON: Okay. We're here this morning on
6  all the pending heat cases -- Bailey v. Livingston; Adams, et
7  al; Coldulvey, Livingston, Martone, et al; and Hinojosa, et al.
8          However, Dr. Linthicum, who is the witness this
9  morning, is here in different capacities.
10         THE COURT: Okay.
11         MS. BURTON: She is here as an expert witness in
12 the Bailey case. She is here -- it is our position that she's
13 here as a 30(b)(6) witness. That would be applicable to all
14 the cases because the questions have the scope where they
15 request information on TDCJ generally.
16         THE COURT: Okay.
17         MS. BURTON: She's also here in her individual
18 capacity.
19         THE COURT: Is 30(b)(6) representative for the
20 prison system or for the healthcare provider.
21         MS. BURTON: She is a Texas Department of
22 Criminal Justice employee.
23         THE COURT: All right.
24         MS. BURTON: And she is the director of TDCJ
25 Health Services. So her answers are with regard to this TDCJ

1  right?  That's one of your jobs to know that, right?
2      A.   No.
3      Q.   Why not?
4      A.   Because the healthcare system is a collaborative
5  partnership between the TDCJ and two state university health
6  sciences' center.  And then on top of that is the
7  legislatively-established committee called the Correctional
8  Managed Healthcare Committee that acts as board over the
9  healthcare system.  The Correctional Managed Healthcare
10 Committee is statutorily empowered to have oversight of the
11 healthcare systems in TDCJ.
12     Q.   You're on that committee, right?
13     A.   I'm appointed to that committee, I and
14 Mr. Livingston, yes.
15     Q.   You're the chairperson of that committee, correct?
16     A.   Not correct.  The chairperson of the committee is
17 appointed by the governor of the State of Texas, and that
18 person has to be a physician that is not affiliated with either
19 the UTMB, Texas Tech, or TDCJ.
20     Q.   Regardless, is it your position that because other
21 entities may be involved in the provision of healthcare in the
22 prison system, that it's not your responsibility to know the
23 numbers of deaths due to hyperthermia inside the prison system?
24     A.   I told you the number of deaths that were verified by
25 autopsy findings as the cause of death being hyperthermia.

```
 1            IN THE UNITED STATES DISTRICT COURT
            FOR THE SOUTHERN DISTRICT OF TEXAS
 2                     HOUSTON DIVISION

 3   STEPHEN McCOLLUM and SANDRA   )
     McCOLLUM, individually, and   )
 4   STEPHANIE KINGREY,            )
     individually and independent  )
 5   administrator of the Estate   )
     of LARRY GENE McCOLLUM        )
 6            PLAINTIFFS           )    CIVIL ACTION NO.
                                   )      4:14-cv-3253
 7   v.                            )      JURY DEMAND
                                   )
 8                                 )
                                   )
     LANNETTE LINTHICUM, JEFF      )
 9   PRINGLE, RICHARD CLARK,       )
     KAREN TATE, SANDREA SANDERS,  )
10   ROBERT FASON, the UNIVERSITY  )
     OF TEXAS MEDICAL BRANCH and   )
11   the TEXAS DEPARTMENT OF       )
     CRIMINAL JUSTICE              )
12            DEFENDANTS           )
     _____ )  _____
13   KEITH COLE, JACKIE BRANNUM,   )
     RICHARD KING, DEAN ANTHONY    )
14   MOJICA, RAY WILSON, FRED      )
     WALLACE, and MARVIN RAY       )
15   YATES, individually and on    )
     behalf of those similarly     )
16   situated,                     )
                                   )    CIVIL ACTION NO.
17            Plaintiffs,          )      4:14-cv-1698
                                   )
18   v.                            )
                                   )
19   LANNETTE LINTHICUM, in his    )
     official capacity, ROBERTO    )
20   HERRERA, in his official      )
     capacity, and TEXAS           )
21   DEPARTMENT OF CRIMINAL        )
     JUSTICE,                      )
22            Defendants.          )

23

24

25
```

Lannette Linthicum - 1/13/2016

```
 1
 2  * * * * * * * * * * * * * * * * * * * *
 3              REPORTER'S CERTIFICATION
             DEPOSITION OF LANNETTE LINTHICUM
 4                   January 13, 2016
                        VOLUME 1
 5
 6  * * * * * * * * * * * * * * * * * * * *
 7
 8          I, ABIGAIL L. GUERRA, Certified Shorthand Reporter,
 9  in and for the State of Texas, hereby certify to the following:
10          That the witness, LANNETTE LINTHICUM, was duly sworn
11  by the officer and that the transcript of the oral deposition
12  is a true record of the testimony given by the witness;
13          I further certify that pursuant to Federal Rules of
14  Civil Procedure (30)(e)(1)(A) and (B) as well as Rule
15  (30)(e)(2) that the signature of the deponent:
16          I further certify that pursuant to FRCP Rule
17  30(f)(1) that the signature of the deponent:
18
19          _X__ was requested by the deponent or a party before
20  the completion of the deposition and that signature is to be
21  before any notary public and returned within 30 days from date
22  of receipt of the transcript.
23       If returned, the attached Changes and Signature Page
24  contains any changes and the reasons therefore:
25
```

```
 1         ____ was not requested by the deponent or a party
 2   before the completion of the deposition.
 3
 4         That $_____ is the deposition
 5   officer's charges for preparing the original deposition
 6   transcript and any copies of exhibits, charged to STEPHEN
 7   McCOLLUM and SANDRA McCOLLUM, individually, and STEPHANIE
 8   KINGREY, individually and independent administrator of the
 9   Estate of LARRY GENE McCOLLUM, individually and on behalf of
10   those similarly situated;
11
12         That pursuant to information given to the deposition
13   officer at the time said testimony was taken, the following
14   includes all parties of record:
15   FOR THE PLAINTIFFS:
          STEPHEN McCOLLUM and SANDRA McCOLLUM, individually, and
16   STEPHANIE KINGREY, individually and independent administrator
     of the Estate of LARRY GENE McCOLLUM
17
     Mr. Jeff Edwards
18   Mr. Scott Medlock
     EDWARDS LAW
19   1101 East 11th Street
     Austin, Texas 78702
20   Phone:  (512) 623-7727
21      - and -
22   Mr. Michael Singley
     Mr. David James
23   THE SINGLEY LAW FIRM, PLLC
     4131 Spicewood Springs Road
24   Suite O-3
     Austin, Texas 78759
25   Phone:  (512) 334-4302
```

```
 1
     FOR THE DEFENDANT:
 2       TEXAS DEPARTMENT OF CRIMINAL JUSTICE

 3   Ms. Cynthia L. Burton
     Mr. Matthew Greer
 4   OFFICE OF ATTORNEY GENERAL
     300 W. 15th Street
 5   7th Floor
     Austin, Texas 78701
 6   Phone:  Phone:  (512) 463-2080

 7       - and -

 8   Ms. Sharon Felfe Howell
     TEXAS DEPARTMENT OF CRIMINAL JUSTICE - GENERAL COUNSEL
 9   209 West 14th Street
     Suite 500
10   Austin, Texas 78711
     Phone: (512) 463-9899
11

12   FOR THE WITNESS:
         UTMB
13
     Ms. J. Lee Haney
14   Ms. Shanna Molinare
     Office of Attorney General
15   300 W. 15th Street
     7th Floor
16   Austin, Texas 78701
     Phone:  (512) 463-2080
17
         - and -
18
     Mr. Graig J. Alvarez
19   Ms. Kara Stauffer Philbin
     FERNELIUS ALVAREZ SIMON, PLLC
20   Lyondell Basell Tower
     1221 McKinney Street
21   Suite 3200
     Houston, Texas 77010
22   Phone:  (713) 654-1200

23

24

25
```

Lannette Linthicum - 1/13/2016

1
2        I further certify that I am neither attorney, nor
3   counsel for, nor related to, nor employed by any of the parties
4   or attorneys to the action in which this deposition was taken;
5        Further, I am not a relative, nor an employee of any
6   attorney of record in this cause, nor am I financially or
7   otherwise interested in the outcome of the action.
8        Certified to by me this 28th day of January, 2016.
9
10
11
12
13   _____
     ABIGAIL GUERRA, Texas CSR 9059
14   Expiration Date:  12/31/17
     WRIGHT WATSON & ASSOCIATES
15   Firm Registration No. 225
     Expiration Date:  12-31-17
16   1250 S. Capital of Texas Highway
     Building 3, Suite 400
17   Austin, Texas 78746
     512-474-4363/512-474-8802 (fax)
18   www.wrightwatson.com
19   Job No. 160113AG
20
21
22
23
24
25